500 A.2d 417

**Douglas BROOKS, Petitioner,**

**v.**

**Ann Widmann DECKER, et al.**

Supreme Court of Pennsylvania.

Nov. 12, 1985.

Petition for Allowance of Appeal GRANTED, No. 73 M.D. Appeal Docket 1985.